FEDERAL MEDIATION PROGRAM
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MEDIATOR'S REPORT TO THE COURT**

MEDIATOR: **William L. Brown (Miller & Martin PLLC)**
**Volunteer Building, Suite 1200**
**832 Georgia Avenue**
**Chattanooga, TN 37402**
**Telephone: (423) 756-6600**
**E-mail: william.brown@millermartin.com**

CASE NAME & NUMBER: ***John Doe, by and through Next Friend, Jane Doe v. Hamilton County Board of Education d/b/a Hamilton County Schools*, Case No. 1:16-cv-373**

Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending. If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference.

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(1)?

    ___x___ YES        _____ NO[2]

2. Did the case settle?

    ___x___ YES        _____ NO

3. Is mediation to be conducted at a later date?

    _____ YES        ___x___ NO

4. Was mediation terminated without settlement?

    _____ YES        ___x___ NO

/s/William L. Brown
Signature of Certified Mediator

Date: September 24, 2018

(Rev. 6/06)

---

[1] A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement. Send in separate reports only when the conference is recessed for a week or more.

[2] If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem

17058445v1 04681-1349