UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOHN DOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 1:16-cv-373 |
| v. ) | |
| ) | Judge Mattice |
| HAMILTON COUNTY BOARD OF ) | |
| EDUCATION, ) | Magistrate Judge Steger |
| ) | |
| *Defendant*. ) | |
| ) | |

## **ORDER**

On September 24, 2018, the mediator for the parties to the John Doe claim notified the Court that those parties resolved their dispute. [Doc. 266]. Accordingly, it is hereby **ORDERED** that the Parties to that suit shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **October 26, 2018**. The parties are **ON NOTICE** that, if they do not file stipulation of dismissal on or before this date, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED** this 27th day of September, 2018.

                                                */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE