# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| JOHN DOE by and through his next friend JANE DOE<br><br>    PLAINTIFF<br><br>V.<br><br>HAMILTON COUNTY BOARD OF EDUCATION, d/b/a HAMILTON COUNTY SCHOOLS; JAMES JARVIS, Individually and as an Agent of HAMILTON COUNTY SCHOOLS; JESSE NAYADLEY, Individually and as an Agent of HAMILTON COUNTY SCHOOLS; and ANDRE MONTGOMERY, Individually and as an Agent of HAMILTON COUNTY SCHOOLS<br><br>    DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:16-CV-00373<br>JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Now come the parties, by and through their respective attorneys, and enter into a Stipulation of Dismissal with prejudice pursuant to *Federal Rules of Civil Procedure (a)*(1)(A)(ii). Therefore, the parties, by and through their respective attorneys, state that this cause is dismissed with prejudice. Each party shall bear their own costs. Further, no party shall apply for a bill of costs or be awarded any costs inclusive of attorneys' fees and discretionary costs.

APPROVED FOR ENTRY:

By: s/Monica Beck
 Douglas Fierberg
 Monica Beck
 The Fierberg National Law Group
 Attorneys for the Plaintiffs
 P.O. Box 121
 Lake Leelanau, MI 49653
 dfierberg@tfnlgroup.com
 mbeck@tfnlgroup.com


PURCELL, SELLERS & CRAIG, INC.

By: s/Charles M. Purcell
 Charles M. Purcell (012461)
 Jennifer C. Craig (020036)
 Attorneys for Defendant
 P.O. Box 10547
 Jackson, Tennessee 38308
 (731) 300-0737
 Chuck@psclegal.com
 jennifer@psclegal.com

CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system.

                                  s/Jennifer C. Craig

Date:    October 26, 2018

PERSONS SERVED:

Monica Beck
The Fierberg National Law Group, PLLC
School Violence Law
105 East Philip Street
P.O. Box 121
Lake Leelanau, MI 49653

Edmund J. Schmidt, III
Law Office of Eddie Schmidt
2323 21st Avenue South, Suite 502
Nashville, TN 37212

Arthur F. Knight, III
Taylor & Knight, G.P.
800 South Gay Street, Suite 600
Knoxville, TN 37929

Justin S. Gilbert
Gilbert Russell McWherter Scott Bobbitt PLC
100 W. Martin Luther King Blvd., Suite 504
Chattanooga, TN 37402

Eric J. Oliver
Lewis & Oliver
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402